**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:25-cr-0069** |
| **v.** | ) | |
| | ) | |
| **JOANNES FRANCOIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated October 7, 2026, recommending that the Defendant's plea of guilty to Count One of the Information, to wit: Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), be accepted, and the defendant be adjudged guilty. (Dkt. No. 91.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, Dkt. No. 91, is **ADOPTED**. Defendant Joannes Francois' plea of guilty to Count One of the Information is **ACCEPTED**, and that Joannes Francois is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **November 30, 2026**; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **December 23, 2026**; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **January 4, 2027**; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **January 13, 2027**; it is further

**ORDERED** that a sentencing hearing shall be held on **January 20, 2027, at 11:00 a.m. in STT Courtroom No. 3.**

**Dated:** October 21, 2026

*/s/Robert A. Molloy*
**ROBERT A. MOLLOY**
**CHIEF JUDGE**